# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-3111
LT Case No. 2019-CF-000081-A

———————————————

DEXTER LAWRENCE PRESCOTT,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

3.800 appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Dexter Lawrence Prescott, Crawfordville, pro se.

No Appearance for Appellee.

December 5, 2023

PER CURIAM.

   AFFIRMED.

BOATWRIGHT, MACIVER, and PRATT, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————